

# IN THE
# TENTH COURT OF APPEALS

### No. 10-20-00250-CV

## IN THE ESTATE OF MICHAEL LEE WIETZIKOSKI, DECEASED

**From the 77th District Court
Limestone County, Texas
Trial Court No. 31,878-A**

## ABATEMENT ORDER

On September 24, 2020, Appellant filed a notice of appeal in this Court appealing from the trial court's order naming two alternate executors as co-executors. On October 22, 2020, the trial court signed an order abating the proceedings in the trial court and ordering the parties to mediation.

We abate the appeal to the trial court for the purposes detailed in the trial court's October 22, 2020 Order. The appeal and all appellate deadlines are suspended as of the date of this Order.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Neill
Appeal abated
Order issued and filed October 28, 2020

